IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CLEVELAND LAVELL LEE                                                                                   PLAINTIFF

v.                                         Case No. 5:13-CV-05301

OFFICER JOSEF HUDGENS, Fayetteville Police
Department; CHRIS C. KETTERMAN, Security
Guard, Washington Regional Medical Center;
GRANT THOMAS GARRETT, Nurse, Washington
Regional Medical Center; and NURSE RHONDA
BRADLEY, Washington County Detention Center                                              DEFENDANTS

**O R D E R**

Currently before the Court is the report and recommendation (Doc. 11) filed in this case on February 11, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. The time for filing objections has passed with no objections having been filed by any party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendation, separate Defendants Grant Thomas Garrett and Chris C. Ketterman are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 6th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE