IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CLEVELAND LAVELL LEE                                                    PLAINTIFF

     v.                          Civil No. 13-5301

OFFICER JOSEF HUDGENS, Fayetteville
Police Department; and  NURSE RHONDA
BRADLEY, Washington County Detention Center              DEFENDANTS


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The Plaintiff, Cleveland L. Lee, filed this action pursuant to the terms of 42 U.S.C. §

1983.  He proceeds *in forma pauperis* and *pro se*.

When he filed this case, Plaintiff was incarcerated at the Washington County Detention

Center (WCDC).  He was specifically advised that he must immediately notify the Court of any

change in his address (Doc. 3).

On January 16, 2014, mail sent to the Plaintiff at the WCDC was returned as

undeliverable.  There was a notation that he was no longer at the WCDC.

On February 11th, Court staff obtained the home address Plaintiff had provided to the

detention center when he was booked.  A change of address was entered for Plaintiff (Doc. 10).

On March 6th, March 19th, and March 21st mail was returned marked return to sender.

The Court has no other address for the Plaintiff.

The Court has not had an accurate address for the Plaintiff since March.  Plaintiff has not

contacted the Court in anyway.  He has not submitted a change of address and has filed no

documents with the Court.

-1-

I therefore recommend that this case be dismissed with prejudice based Plaintiff's failure to keep the Court and defense counsel informed of his address and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of May 2014.

/s/ *J. Marschewski*

HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)