IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CLEVELAND LAVELL LEE**                                                                 **PLAINTIFF**

      v.              Case No. 5:13-CV-5301

**OFFICER JOSEF HUDGES,** Fayetteville
Police Department; and **NURSE RHONDA
BRADLEY,** Washington County Detention Center                     **DEFENDANTS**

## ORDER

On this 16th day of June, 2014, there comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on May 16, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**, except that the case will be dismissed without prejudice. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

                                            /s/ Timothy L. Brooks
                                            Timothy L. Brooks
                                            United States District Judge